**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTINA HERNANDEZ,** | Case No.: 2:25-cv-01526-WLH-RAO |
| Plaintiff, | |
| vs. | |
| **NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive**, | **ORDER GRANTING JOINT STIPULATION TO DISMISS [20]** |
| Defendants. | |

Having reviewed the Joint Stipulation submitted by all parties on May 15, 2026, it is hereby **ORDERED** that the instant action, in its entirety, is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: June 8, 2026                    By: _____

The Honorable Wesley L. Hsu
United States District Judge